Joshua Calderon
FULL NAME

_____
COMMITTED NAME (if different)

_____
FULL ADDRESS INCLUDING NAME OF INSTITUTION
Ironwood State Prison
P.O. Box 2199 Blythe, CA 92226
PRISON NUMBER (if applicable)
BR5609

FILED
CLERK, U.S. DISTRICT COURT

AUG 1 9 2024

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

Joshua Calderon

PLAINTIFF,

v.

David Holbrook (warden)
Carey Ochs (CRM)
Ron Broomfield (Director)
M. Sosonkin (Jewish Chaplin)
Alicia Alvarado (food manager)

DEFENDANT(S).

CASE NUMBER
5:24cv01780-VBF-AJR
To be supplied by the Clerk

### CIVIL RIGHTS COMPLAINT
### PURSUANT TO (Check one)
☑ 42 U.S.C. § 1983
☐ Bivens v. Six Unknown Agents 403 U.S. 388 (1971)

A. **PREVIOUS LAWSUITS**

1.  Have you brought any other lawsuits in a federal court while a prisoner: ☐ Yes  ☑ No

2.  If your answer to "1." is yes, how many? _____

    Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

a. Parties to this previous lawsuit:
   Plaintiff _____

   _____

   Defendants _____

   _____

b. Court _____

   _____

c. Docket or case number _____

d. Name of judge to whom case was assigned _____

e. Disposition (For example: Was the case dismissed? If so, what was the basis for dismissal? Was it appealed? Is it still pending?) _____

f. Issues raised: _____

   _____

   _____

g. Approximate date of filing lawsuit: _____

h. Approximate date of disposition _____

## B. EXHAUSTION OF ADMINISTRATIVE REMEDIES

1. Is there a grievance procedure available at the institution where the events relating to your current complaint occurred? ☑ Yes   ☐ No

2. Have you filed a grievance concerning the facts relating to your current complaint? ☑ Yes   ☐ No

   If your answer is no, explain why not _____

   _____

   _____

3. Is the grievance procedure completed? ☑ Yes   ☐ No

   If your answer is no, explain why not _____

   _____

4. Please attach copies of papers related to the grievance procedure.

## C. JURISDICTION

This complaint alleges that the civil rights of plaintiff ___Joshua  Calderón___
                                                        (print plaintiff's name)

who presently resides at ___Ironwood State Prison P.O. Box 2199 Blythe, CA 92226___,
                                                  (mailing address or place of confinement)

were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at

___Ironwood State Prison___
        (institution/city where violation occurred)

on (date or dates) 4-22-24/4-30-24 , 4-22-24/4-30-24 , 4-22-24/4-30-24 .
         (Claim I)          (Claim II)         (Claim III)

**NOTE:**    You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1. Defendant <u>David Holbrook</u> resides or works at
        (full name of first defendant)
<u>Ironwood State Prison P.O. Box 2199 Blythe, CA 92226</u>
    (full address of first defendant)
<u>Warden</u>
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☐ individual ☑ official capacity.

Explain how this defendant was acting under color of law:
<u>The defendant is the Warden over the prison.</u>

2. Defendant <u>Carey Ochs</u> resides or works at
        (full name of first defendant)
<u>Ironwood State Prison P.O. Box 2199 Blythe, CA 92226</u>
    (full address of first defendant)
<u>C.R.M</u>
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☐ individual ☑ official capacity.

Explain how this defendant was acting under color of law:
<u>C.R.M is making policies and decisions for religious events</u>

3. Defendant <u>Ron Broomfield</u> resides or works at
        (full name of first defendant)
<u>Ironwood State Prison P.O. Box 2199 Blythe, CA 92226</u>
    (full address of first defendant)
<u>Director Division of Adult Institutions</u>
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☐ individual ☑ official capacity.

Explain how this defendant was acting under color of law:
<u>The defendant was reference as the person stating only inmates on the Kosher diet program would recieve the meals by the C.R.M Carey Ochs.</u>

4. Defendant  M. Sosonkin _____ resides or works at
(full name of first defendant)

Ironwood State Prison P.O. Box 2199 Blythe, CA 92226
(full address of first defendant)

Jewish Chaplain
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☐ individual  ☑ official capacity.

Explain how this defendant was acting under color of law:

The defendant approved the non Kosher religious event meals
for the passover

5. Defendant  Alicia Alvarado _____ resides or works at
(full name of first defendant)

Ironwood State Prison P.O. Box 2199 Blythe, CA 92226
(full address of first defendant)

Food manager
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☐ individual  ☑ official capacity.

Explain how this defendant was acting under color of law:

The defendant approved for the non Kosher food with leaven
to be served at the passover banquet

**D. CLAIMS***

CLAIM I

The following civil right has been violated:

The defendents Violated my civil Right by Interfering with my Hebrew Israelite Religious Beliefs by denying me Kosher for Passover foods in Violation of my:

First Amendment Free Exercise Clause
Eighth Amendment claims based on Religious Practices
Fourteenth Amendment Equal Protection Claim based on discrimination against Hebrew Israelites not on the Kosher Diet

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

C.R.M Carey Ochs discriminated against me a Hebrew Israelite that is not on the Kosher diet program during the Observance of Passover at Ironwood State Prison on and between the dates of April 22nd 2024 through April 30th 2024. C.R.M Carey Ochs Stated only inmates on the Kosher Diet Program would be Allowed to receive Kosher for Passover food per Director Ron Broomfield Passover is a High Feast in my religion and leaven/Yeast is Prohibited according to the Laws of Yahawah Instead C.R.M Carey Ochs attempted to force me to be on the Kosher diet program instead of providing me the Kosher for Passover foods to Observe Passover. I was also tempted to eat non-Kosher meals offered by C.R.M Carey Ochs, C.F.M Alicia Alvarado, and Jewish Chaplain M. Sosonkin in a banquet that contained leaven Foods Such as cake, tortillas, and other non-Kosher items.

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.

Claim 2

The Following Civil Rights has been Violated

The defendents violated my civil Rights by Interfering with my Hebrew Israelite Religious beliefs by denying me Kosher for Passover Food in violation of my:

First Amendment
Eighth Amendment
foorteenth Amendment

Supporting Facts:

Due to C.R.M Carey Ochs continued denial of my Hebrew Israelite Faith and observance and after submitting numerous 22 forms Requesting for Interview to C.R.M Carey Ochs, Jewish Chaplain M. Sosonkin my mental Health and emotional health deteriorated causing mental anguish and emotional distress causing me to seek mental health assistance through IronWood State Prison mental health department.

# Claim 3

The Following Civil Rights has been Violated:

The defendents violated my Civil Rights by Interfering with my Hebrew Israelite Religious beliefs by denying me Kosher for Passover food in violation of:

Free Exercise and RLUIPA claims
Fourteenth Amendment Equal Protection Claim
Eighth Amendment Claim based on religious Practices

Supporting Facts:

Warden David Holbrook and C.R.M Carey Ochs violated my rights as a Hebrew Israelite to observe Passover to be included in the Kosher for passover meals which is a requirement as a Hebrew Israelite to observe passover.

**E. REQUEST FOR RELIEF**

I believe that I am entitled to the following specific relief:

Compensatory in the amount of $ 25,000

Punitive in the Amount of $ 75,000

Injunctive relief to Accomodate Hebrew Israelites not on the Kosher Diet the Kosher For Passover Foods to Observe Passover.

_____     _____
        *(Date)*                              *(Signature of Plaintiff)*

ISP - Ironwood State Prison

Patient:        **CALDERON, JOSHUA**
DOB/Age/Sex:  10/26/1992 / 31 years    / Male        CDCR: BR5609

---

## Mental Health Documentation

Electronically Signed on 03/30/2024 01:42 PM PDT

---

Bilbrey, Charles Licensed Psychologist, Licensed P

---

## CLIN DOC - Mental Health Documentation- MDO

Document Type:                    MHPC Consult Routine Progress Note
Document Subject:                 Routine Progress Note
Service Date/Time:                3/30/2024 13:34 PDT
Result Status:                    Auth (Verified)
Perform Information:              Bilbrey,Charles Licensed Psychologist (3/30/2024 13:42 PDT)
Sign Information:                 Bilbrey,Charles Licensed Psychologist (3/30/2024 13:42 PDT)
Authentication Information:       Bilbrey,Charles Licensed Psychologist (3/30/2024 13:42 PDT)

---

**New Issues/Complaints**
The inmate requested an appointment because of anxiety and depression.

**Current Status of Illness**
The inmate reports feeling depressed and anxious since three months ago, although he says he felt lighter symptoms even before this. He feels dysphoria, anhedonia and has become socially isolated. Three months ago, he was denied permission to have kosher meals. He has a history of childhood abuse and experiencing violence during adulthood. Because of this he has nightmares, flashbacks and has become hypervigilant. He denies s/i, h/i, AH, VH. These have affected his functioning: his appetite is low and he is hypersomnious. He has stopped exercising. He took Zoloft briefly while in county jail but has no history of psychotherapy. His coping skills include reading the Bible and prayer. He used to use substances until 2020 when he was incarcerated. He quit cold turkey and has no history of chemical dependency treatment. He reports a history of some panic attacks and last had an attack three months ago. He preferred to not go into CCCMS.

**Mental Status**
The inmate appeared calm, cooperative and alert but dysphoric and with some flat affect. Psychomotor movements were a little slow but eye contact and grooming were intact. No evidence of psychosis or intoxication. Speech was linear, goal focused and logical, and it was of normal volume and rhythm.

**Assessment/Progress Towards Discharge**
1. Onychomycosis
Healthcare maintenance
Migraine
Orders:
MH GP Clinical Contact

**Plan/Disposition**
The inmate appears to have some symptoms of depression and PTSD. He was given a handout on Cognitive Distortions and instructed on how to dispute them. He was also instructed on how to engage in Diaphragmatic Breathing. A follow up appointment was requested for a month later.

**Active Consult Orders**
MHPC Consult Routine - Completed
-- 03/30/24 11:30:00 PDT, 03/28/24 12:40:00 PDT, Depressed / sad / loss of interest, Date/Time Received is either from Section IV of the 128 MH-5 or when MH first learned of the consult, 7 days, Schedule once within 5 business days, 137.252.9.35.20240304...

**Problem List/Past Medical History**
Ongoing
   No qualifying data
Historical
   No qualifying data

**IPOC Goals**
**Current IPOCs**
**Goals():**

**Scales and Assessments Interpretations (for assessments without interpretations, please manually enter one here)**
No results documented

**Endorsed Suicide Documentation**
No result documented

---

Report Request ID:    87307902                        Print Date/Time:    8/13/2024 13:42 PDT

**WARNING:** **This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.**



**CALIFORNIA CORRECTIONAL**
**HEALTH CARE SERVICES**

**ISP - Ironwood State Prison**
19005 Wileys Well Rd
Blythe, CA 92226-

| | | | | | |
|---|---|---|---|---|---|
| **Patient:** | **CALDERON, JOSHUA** | | | | |
| DOB/Age/Sex: | 10/26/1992 31 years | Male | | CDCR #: | BR5609 |
| Encounter Date: | 5/5/2022 | | | PID #: | 12247246 |
| Attending: | Nicolas,Kristine P&S | | | Referring: | |

## *Mental Health Documentation*

Document Type:                MHPC Consult Routine Progress Note
Document Subject:             Routine Progress Note
Service Date/Time:            3/30/2024 13:34 PDT
Result Status:                Auth (Verified)
Perform Information:          Bilbrey,Charles Licensed Psychologist (3/30/2024 13:42 PDT)
Sign Information:             Bilbrey,Charles Licensed Psychologist (3/30/2024 13:42 PDT)
Authentication Information:   Bilbrey,Charles Licensed Psychologist (3/30/2024 13:42 PDT)

### New Issues/Complaints
The inmate requested an appointment because of anxiety and depression.

### Current Status of Illness
The inmate reports feeling depressed and anxious since three months ago, although he says he felt lighter symptoms even before this.  He feels dysphoria, anhedonia and has become socially isolated.  Three months ago, he was denied permission to have kosher meals.  He has a history of childhood abuse and experiencing violence during adulthood.  Because of this he has nightmares, flashbacks and has become hypervigilant.  He denies s/i, h/i, AH, VH.  These have affected his functioning:  his appetite is low and he is hypersomnious.  He has stopped exercising.  He took Zoloft briefly while in county jail but has no history of psychotherapy.  His coping skills include reading the Bible and prayer.  He used to use substances until 2020 when he was incarcerated.  He quit cold turkey and has no history of chemical dependency treatment.  He reports a history of some panic attacks and last had an attack three months ago.  He preferred to not go into CCCMS.

### Mental Status
The inmate appeared calm, cooperative and alert but dysphoric and with some flat affect.  Psychomotor movements were a little slow but eye contact and grooming were intact.  No evidence of psychosis or intoxication.  Speech was linear, goal focused and logical, and it was of normal volume and rhythm.

### Assessment/Progress Towards Discharge
1. Onychomycosis
Healthcare maintenance
Migraine
Orders:
MH GP Clinical Contact

### Plan/Disposition
The inmate appears to have some symptoms of depression and PTSD.  He was given a handout on Cognitive Distortions and instructed on how to dispute them.  He was also instructed on how to engage in Diaphragmatic Breathing.  A follow up appointment was requested for a month later.

### Active Consult Orders
MHPC Consult Routine - Completed
 -- 03/30/24 11:30:00 PDT, 03/28/24 12:40:00 PDT, Depressed / sad / loss of interest, Date/Time Received is either from Section IV of the 128 MH-5 or when MH first learned of the consult, 7 days, Schedule once within 5 business days, 137.252.9.35.20240304...

### Problem List/Past Medical History
Ongoing
    No qualifying data
Historical
    No qualifying data

### IPOC Goals
### Current IPOCs
### Goals():

### Scales and Assessments Interpretations (for assessments without interpretations, please manually enter one here)
No results documented

### Endorsed Suicide Documentation
No result documented

**Encounter Info:** Patient Name: JOSHUA CALDERON,DOB: 10/26/1992,CDCR: BR5609,FIN: 10000002812247246BR5609,Facility: ISP,Encounter Type: Institutional Encounter

Report Request ID:   87307902                                    Print Date/Time:   8/13/2024 13:42 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.

**ISP - Ironwood State Prison**

Patient:        **CALDERON, JOSHUA**
DOB/Age/Sex:    10/26/1992 / 31 years      / Male              CDCR: BR5609

## *CLIN DOC - Mental Health Documentation- MDO*

**Encounter Info:** Patient Name: JOSHUA CALDERON,DOB: 10/26/1992,CDCR: BR5609,FIN: 10000002812247246BR5609,Facility: ISP,Encounter Type: Institutional Encounter

Electronically Signed on 03/30/2024 01:42 PM PDT
_____
Bilbrey, Charles Licensed Psychologist, Licensed P

**WARNING:** This report contains confidential, proprietary, and/or legally privileged
information intended for the recipient only.

 **CALIFORNIA CORRECTIONAL**
**HEALTH CARE SERVICES**

**ISP - Ironwood State Prison**
19005 Wileys Well Rd
Blythe, CA 92226-

| | | | | | |
|---|---|---|---|---|---|
| **Patient:** | **CALDERON, JOSHUA** | | | | |
| DOB/Age/Sex: | 10/26/1992 31 years | Male | CDCR #: | BR5609 | |
| Encounter Date: | 5/5/2022 | | PID #: | 12247246 | |
| Attending: | Nicolas,Kristine P&S | | Referring: | | |

### *Mental Health Documentation*

| | |
|---|---|
| Document Type: | MHPC Progress Note |
| Document Subject: | Progress Note |
| Service Date/Time: | 5/1/2024 11:05 PDT |
| Result Status: | Auth (Verified) |
| Perform Information: | Bilbrey,Charles Licensed Psychologist (5/1/2024 11:08 PDT) |
| Sign Information: | Bilbrey,Charles Licensed Psychologist (5/1/2024 11:08 PDT) |
| Authentication Information: | Bilbrey,Charles Licensed Psychologist (5/1/2024 11:08 PDT) |

The inmate said that he has been having much of the same symptoms as before. The frequency of his nightmares has decreased but he still has symptoms of depression. He feels a little calmer and found that it is helpful to talk about his symptoms of depression and PTSD. He is not interested in CCCMS and is able to talk about his symptoms with his religious group, and attending CGA and NA. He feels less anxiety.

The inmate appeared a little calmer than before but still a little dysphoric. He was cooperative, alert, fully oriented. Speech was linear, goal focused and logical, and it was of normal volume and rhythm. Psychomotor movements, eye contact and grooming were within normal limits. No evidence of psychosis or intoxication.

The inmate appears to have continued symptoms of PTSD and depression but they are improving. It was agreed to have a follow up appointment in two months.

**Encounter Info:** Patient Name: JOSHUA CALDERON,DOB: 10/26/1992,CDCR: BR5609,FIN: 10000002812247246BR5609,Facility: ISP,Encounter Type: Institutional Encounter

### *CLIN DOC - Mental Health Documentation- MDO*

| | |
|---|---|
| Document Type: | MHPC Progress Note |
| Document Subject: | Progress Note |
| Service Date/Time: | 5/1/2024 11:05 PDT |
| Result Status: | Auth (Verified) |
| Perform Information: | Bilbrey,Charles Licensed Psychologist (5/1/2024 11:08 PDT) |
| Sign Information: | Bilbrey,Charles Licensed Psychologist (5/1/2024 11:08 PDT) |
| Authentication Information: | Bilbrey,Charles Licensed Psychologist (5/1/2024 11:08 PDT) |

The inmate said that he has been having much of the same symptoms as before. The frequency of his nightmares has decreased but he still has symptoms of depression. He feels a little calmer and found that it is helpful to talk about his symptoms of depression and PTSD. He is not interested in CCCMS and is able to talk about his symptoms with his religious group, and attending CGA and NA. He feels less anxiety.

The inmate appeared a little calmer than before but still a little dysphoric. He was cooperative, alert, fully oriented. Speech was linear, goal focused and logical, and it was of normal volume and rhythm. Psychomotor movements, eye contact and grooming were within normal

**WARNING:** **This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.**

ISP - Ironwood State Prison

Patient:        **CALDERON, JOSHUA**
DOB/Age/Sex:  10/26/1992 / 31 years      / Male            CDCR: BR5609

---

### *CLIN DOC - Mental Health Documentation- MDO*

limits.  No evidence of psychosis or intoxication.

The inmate appears to have continued symptoms of PTSD and depression but they are improving.  It was agreed to have a follow up appointment in two months.

**Encounter Info:** Patient Name: JOSHUA CALDERON,DOB: 10/26/1992,CDCR: BR5609,FIN: 10000002812247246BR5609,Facility: ISP,Encounter Type: Institutional Encounter

---

**WARNING:** This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.



**CALIFORNIA CORRECTIONAL HEALTH CARE SERVICES**

**ISP - Ironwood State Prison**
19005 Wileys Well Rd
Blythe, CA 92226-

| | | | | | |
|---|---|---|---|---|---|
| **Patient:** | **CALDERON, JOSHUA** | | | | |
| DOB/Age/Sex: | 10/26/1992 31 years | Male | CDCR #: | BR5609 | |
| Encounter Date: | 5/5/2022 | | PID #: | 12247246 | |
| Attending: | Nicolas,Kristine P&S | | Referring: | | |

## *Mental Health Documentation*

| | |
|---|---|
| Document Type: | MHPC Consult Routine Progress Note |
| Document Subject: | Routine Consult Note |
| Service Date/Time: | 6/26/2024 13:20 PDT |
| Result Status: | Auth (Verified) |
| Perform Information: | Singleton,Kaleb Licensed Psychologist (6/26/2024 13:28 PDT) |
| Sign Information: | Singleton,Kaleb Licensed Psychologist (6/26/2024 13:28 PDT) |
| Authentication Information: | Singleton,Kaleb Licensed Psychologist (6/26/2024 13:28 PDT) |

**Inmate's Program and Level of Care**
ISP GP

**New Issues/Complaints**
IP was seen for a follow up appointment placed by a previous clinician

**Current Status of Illness**
IP reported that the majority of his frustration and anxiety stems for feeling that those of the Jewish faith aren't treated equally after being denied a kosher meal during Passover. He expressed further frustration that the remedy they pursued was rejected based on a request he claimed that the group didn't actually ask for. He indicated that they continue to advocate, but are active in self-help groups, and that they attempt to identify the scripture that many of the self-help groups are based on. He expressed frustration with what he feels are a number of obstacles placed in the way of them being able to honor their religious services and feels that preference is being given to those who follow Christianity, in terms of having their holidays and services honored.

**Mental Status**
I/P was dressed in the proper CDCR attire and appeared to be attending to his ADLs. I/P reported eating all his meals and maintaining a normal sleeping pattern. I/P was pleasant and cooperative with the clinician. I/P denied experiencing suicidal ideation, homicidal ideation, auditory hallucinations, or visual hallucinations today. He was clear and oriented to person, place and time. He appeared to be interacting within normal limits. He exhibited no some anxious behavior. His mood was frustrated and his affect were congruent to current mood. He spoke using a speech rate within normal limits of rate, tone, and volume. His thought processes were clear and goal directed, with no evidence of psychosis or a formal thought disorder. His conversational comprehension, judgment, and insight seemed to be fair. He denied any means or intent to harm himself or others.

**Mental Health Assessments**
IP presented as angry with what he contends are actions that add up to religious discrimination. He otherwise presented as stable and future oriented.

**Assessment/Progress Towards Discharge**
1. Onychomycosis
Healthcare maintenance
Migraine

**Active Consult Orders**
No qualifying data available.

**Problem List/Past Medical History**
Ongoing
   No qualifying data
Historical
   No qualifying data

**IPOC Goals**
**Current IPOCs**
**Goals():**

**Scales and Assessments Interpretations (for assessments without interpretations, please manually enter one here)**
No results documented

**Endorsed Suicide Documentation**
No result documented

---

Report Request ID:  87307957

Print Date/Time:  8/13/2024 13:42 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.

ISP - Ironwood State Prison

Patient: **CALDERON, JOSHUA**
DOB/Age/Sex: 10/26/1992 / 31 years    / Male        CDCR: BR5609

---

### *Mental Health Documentation*

**Plan/Disposition**
IP will continue to function at the GP designation. He was encouraged to place a 7362 if additional MH support is needed or desired.

**Encounter Info:** Patient Name: JOSHUA CALDERON,DOB: 10/26/1992,CDCR: BR5609,FIN: 10000002812247246BR5609,Facility: ISP,Encounter Type: Institutional Encounter

Electronically Signed on 06/26/2024 01:28 PM PDT

---
Singleton, Kaleb Licensed Psychologist, Licensed P

---

### *CLIN DOC - Mental Health Documentation- MDO*

Document Type:                          MHPC Consult Routine Progress Note
Document Subject:                     Routine Consult Note
Service Date/Time:                    6/26/2024 13:20 PDT
Result Status:                            Auth (Verified)
Perform Information:                 Singleton,Kaleb Licensed Psychologist (6/26/2024 13:28 PDT)
Sign Information:                        Singleton,Kaleb Licensed Psychologist (6/26/2024 13:28 PDT)
Authentication Information:      Singleton,Kaleb Licensed Psychologist (6/26/2024 13:28 PDT)

**Inmate's Program and Level of Care**
ISP GP

**New Issues/Complaints**
IP was seen for a follow up appointment placed by a previous clinician

**Current Status of Illness**
IP reported that the majority of his frustration and anxiety stems for feeling that those of the Jewish faith aren't treated equally after being denied a kosher meal during Passover. He expressed further frustration that the remedy they pursued was rejected based on a request he claimed that the group didn't actually ask for. He indicated that they continue to advocate, but are active in self-help groups, and that they attempt to identify the scripture that many of the self-help groups are based on. He expressed frustration with what he feels are a number of obstacles placed in the way of them being able to honor their religious services and feels that preference is being given to those who follow Christianity, in terms of having their holidays and services honored.

**Mental Status**
I/P was dressed in the proper CDCR attire and appeared to be attending to his ADLs. I/P reported eating all his meals and maintaining a normal sleeping pattern. I/P was pleasant and cooperative with the clinician. I/P denied experiencing suicidal ideation, homicidal ideation, auditory hallucinations, or visual hallucinations today. He was clear and oriented to person, place and time. He appeared to be interacting within normal limits. He exhibited no some anxious behavior. His mood was frustrated and his affect was congruent to current mood. He spoke using a speech rate within normal limits of rate, tone, and volume. His thought processes were clear and goal directed, with no evidence of psychosis or a formal thought disorder. His conversational comprehension, judgment, and

**Active Consult Orders**
No qualifying data available.

**Problem List/Past Medical History**
Ongoing
   No qualifying data
Historical
   No qualifying data

**IPOC Goals**
**Current IPOCs**
**Goals():**

**Scales and Assessments Interpretations (for assessments without interpretations, please manually enter one here)**
No results documented

**Endorsed Suicide Documentation**
No result documented

---

Report Request ID:    87307957                                    Print Date/Time:   8/13/2024 13:42 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.

ISP - Ironwood State Prison

Patient:      **CALDERON, JOSHUA**
DOB/Age/Sex:  10/26/1992 / 31 years      / Male          CDCR: BR5609

## *CLIN DOC - Mental Health Documentation- MDO*

insight seemed to be fair. He denied any means or intent to harm himself or others.

### Mental Health Assessments
IP presented as angry with what he contends are actions that add up to religious
discrimination. He otherwise presented as stable and future oriented.

### Assessment/Progress Towards Discharge
1. Onychomycosis
Healthcare maintenance
Migraine

### Plan/Disposition
IP will continue to function at the GP designation. He was encouraged to place a 7362 if
additional MH support is needed or desired.

**Encounter Info:** Patient Name: JOSHUA CALDERON,DOB: 10/26/1992,CDCR: BR5609,FIN: 10000002812247246BR5609,Facility:
ISP,Encounter Type: Institutional Encounter

Electronically Signed on 06/26/2024 01:28 PM PDT

_____
Singleton, Kaleb Licensed Psychologist, Licensed P

**WARNING:** This report contains confidential, proprietary, and/or legally privileged
information intended for the recipient only.

(d) Inmates approved for the RPED shall be provided with a CDCR Form 3030-B (Rev. 04/21), RPED Card, which is incorporated by reference, or the inmate's identification card shall be affixed with the institution designated marking for their approved diet. RPED cards that are no longer valid shall be collected.

(e) Inmate participants shall show their CDCR Form 3030-B RPED Card or inmate identification card with designated marking when receiving their approved vegetarian or PB meal.

(f) Inmates participating in the vegetarian or PB Diet Program shall comply with all conditions listed on the CDCR Form 3030-V.

(g) The RRC shall determine inmate vegetarian or PB diet compliance violations.

NOTE: Authority cited; Section 5058, Penal Code. Reference: Sections 2084, 5009 and 5054, Penal Code.

HISTORY

1. New section filed 4-24-2006; operative 4-24-2006 pursuant to Government Code section 11343.4 (Register 2006, No. 17).

2. Renumbering of former section 3054.3 to section 3054.4 and new section 3054.3 filed 2-2-2010; operative 2-2-2010 pursuant to Government Code section 11343.4 (Register 2010, No. 6).

3. Amendment of section and NOTE filed 6-29-2016 as an emergency; operative 6-29-2016 (Register 2016, No. 27). Pursuant to Penal Code section 5058.3, a Certificate of Compliance must be transmitted to OAL by 12-6-2016 or emergency language will be repealed by operation of law on the following day.

4. Certificate of Compliance as to 6-29-2016 order transmitted to OAL 11-17-2016 and filed 1-3-2017 (Register 2017, No. 1).

5. Renumbering of former section 3054.3 to section 3054.4 and new section 3054.3 filed 10-25-2022; operative 1-1-2023 (Register 2022, No. 43).

### 3054.4. Religious Meat Alternate Program.

(a) A Religious Meat Alternate (RMA) Program shall be available at all institutions for inmates with a religious dietary need that cannot be met by another RPED option or by the mainline diet.

(b) Inmates may request participation in the RMA Diet Program in accordance with Title 15, section 3054.6.

(c) Participating inmates shall be provided a halal-certified meat to be substituted at the dinner meal when meat is served.

(d) All institutions shall adhere to standardized departmental RMA diet menus, and approved procedures for purchasing, preparing, and serving certified halal meats, as approved by the Departmental Food Administrator.

(e) A Chaplain designated by the RRC shall annually review each institution's processes for procuring, storing, and distributing RMA program meals and shall provide a completed CDCR Form 3058 (Rev. 04/21), Religious Meat Alternate (RMA) Food Distribution Annual Review, which is incorporated by reference, for review by the Correctional Food Manager.

NOTE: Authority cited: Sections 5058, Penal Code. Reference: Sections 383b, 383c, 5009 and 5054, Penal Code; and *In re Garcia* (2012) 202 Cal.App.4th 892.

HISTORY

1. New section filed 4-24-2006; operative 4-24-2006 pursuant to Government Code section 11343.4 (Register 2006, No. 17).

2. Renumbering of former section 3054.4 to section 3054.5 and renumbering and amendment of section 3054.3 to section 3054.4 filed 2-2-2010; operative 2-2-2010 pursuant to Government Code section 11343.4 (Register 2010, No. 6).

3. Amendment of section and NOTE filed 6-29-2016 as an emergency; operative 6-29-2016 (Register 2016, No. 27). Pursuant to Penal Code section 5058.3, a Certificate of Compliance must be transmitted to OAL by 12-6-2016 or emergency language will be repealed by operation of law on the following day.

4. Certificate of Compliance as to 6-29-2016 order transmitted to OAL 11-17-2016 and filed 1-3-2017 (Register 2017, No. 1).

5. Renumbering of former section 3054.4 to section 3054.6 and renumbering and amendment of former section 3054.3 to section 3054.4 filed 10-25-2022; operative 1-1-2023 (Register 2022, No. 43).

### 3054.5. Religious Kosher Diet Program.

(a) Religious kosher (RK) meals shall be available at designated institutions for inmates with a religious dietary need that cannot be met by another RPED option or by the mainline diet.

(b) Inmates may request participation in the RK Diet Program in accordance with Title 15, section 3054.6.

(c) Participating inmates shall be provided a diet of kosher-certified items, as approved by the Departmental Food Administrator.

(d) All institutions shall adhere to standardized departmental certified RK diet menus and approved procedures for purchasing, preparing, and serving kosher meals, as approved by the Departmental Food Administrator.

(e) Observance of Passover constitutes a single religious event requiring kosher for Passover foods to be provided during the eight days of observance.

# FOOD REQUEST FOR RELIGIOUS EVENTS
### (PRINT CLEARLY)

| NAME OF EVENT | Passover Banquet | | TIME OF EVENT | | 1300-1500 | | | |
|---|---|---|---|---|---|---|---|---|
| DATE OF REQUEST | 5/16/24 | | DATE OF EVENT | | Thursday, May 16, 2024 | | | |
| RELIGIOUS GROUP | Jewish | | FACILITY (Circle One) | | A   *B*   C   D   E | | | |
| NUMBER OF INMATES | 12 KDP and 8 GP – 20 TOTAL | | NUMBER OF GUESTS | | 0 | | | |

| ITEMS OFFERED | SERVINGS | LIMIT | ITEMS WANTED | SENT | UNIT | COST PER SERVING | TOTAL COST (x Number of Inmates) |
|---|---|---|---|---|---|---|---|
| HAMBURGER PATTIES | 1 EACH | *CHOOSE 1 ITEM | X | | EACH | .41 | |
| HOTLINK | 1 EACH | | | | EACH | .44 | |
| CHICKEN BREAST FORMED | 1 EACH | | (12 Kosher) | | EACH | .58 | |
| SLICED TURKEY | 4 OZ | | | | EACH | .68 | |
| BURRITO | 1 EACH | | | | EACH | .77 | |
| HOT DOGS | 2 EACH | | | | EACH | .31 | |
| BEANS | 6 OZ | *CHOOSE 1 ITEM | X | | PAN | .21 | |
| CHILI BEANS W/MEAT | 6 OZ | | | | CAN | .41 | |
| RICE | 6 OZ | *CHOOSE 1 ITEM | X | | PAN | .27 | |
| FRENCH FRIES | 4 OZ | | | | BAG | .27 | |
| OVEN WEDGES | 4 OZ | | | | BAG | .31 | |
| CORN | 4 OZ | *CHOOSE 1 ITEM | X | | BOX | .23 | |
| FROZEN VEGETABLES | 4 OZ | | | | BOX | .27 | |
| GREEN SALAD W/DRESSING | 1 CUP/1PK | | X | | BAG/B | .10 | |
| MUSTARD | 2 EACH | CHOOSE ITEMS | | | PKS | .03 | |
| KETCHUP | 2 EACH | | | | PKS | .04 | |
| TACO SAUCE | 2 EACH | | X | | PKS | .05 | |
| ONIONS | 1 OZ | CHOOSE 1 | X | | PAN | .02 | |
| CHEESE | 1 SLICE | CHOOSE ITEMS | X | | SLICE | .13 | |
| SALSA | 2 OZ | | X | | PAN | .07 | |
| BUNS (HAMBURGER) | 1 EACH | *CHOOSE 1 ITEM | | | EACH | .23 | |
| BUNS (HOTLINK) | 1 EACH | | | | EACH | .23 | |
| BUNS (HOT DOG) | 2 EACH | | | | EACH | .46 | |
| BREAD (WHEAT) | 2 EACH | | | | BAG | .16 | |
| TORTILLAS | 2 EACH | | X | | PACK | .10 | |
| CAKE | 1 EACH | CHOOSE 1 ITEM | X | | PAN | .13 | |
| CUPCAKES | 1 EACH | | | | PAN | .13 | |
| KOOL-AID | 8 OZ | CHOOSE 1 ITEM | | | CAM | .02 | |
| COFFEE | 8 OZ | | | | CAM | .04 | |
| MILK | ½ PINT | | X | | EACH | .34 | |
| COST PER INMATE | | | TOTAL COST FOR ALL | | $ | | |
| LIMIT → $2.26 DINNER | | | | | | | |

CONTACT: ALICIA ALVARADO, CFMI AT EXTENSION 4323 OR FOOD SERVICES AT EXTENSION 6613

☐ APPROVED          ☐ DENIED

_____          _____
CORRECTIONAL FOOD MANAGER I or DESIGNEE          DATE RETURNED

*MEAL CHOSEN MUST BE BALANCED. CHANGES WILL BE MADE AS NECESSARY TO MEET ADEQUATE DIETARY NEEDS.

REV. 01/29/24

State of California

Department of Corrections and Rehabilitation

# Memorandum



Date    :    May 16, 2024

To    :    "B" Facility Staff and Inmates
Ironwood State Prison

Subject:    "B" FACILITY- JEWISH PASSOVER BANQUET – THURSDAY, MAY 16, 2024

The "B" Facility Jewish Community is requesting to hold a Passover Banquet on Thursday, May 16, 2024.  They have submitted this proposal in accordance with Title 15 §3053, Food for Religious Events and Department Operations Manual §54080.13, Foods for Religious Events.

This is the first of two allowable requests for special religious foods where food with religious significance will be provided by the institution in place of the regularly planned meal, and is in compliance with Title 15 §3050 (2), Regular meals. The requested meal will replace the evening meal; therefore, housing unit Officers shall ensure participants are not released to partake in the evening meal.  A Food Request for Religious Events Form is attached for your review.

**Banquet Schedule:**
1300-1500 hours – Religious Meal within the Dining Hall.  Custody coverage will be provided by the Yard #3 Officer.

Participants shall be excused from work assignments on Thursday, May 16, 2024, and they should be allowed to use the necessary amount of hours of Excused Time Off (ETO), per DOM Section 53130.7.1, Use of ETO.

If you have any questions or concerns, please contact me at extension 7557.

CAREY L. OCHS
Community Resources Manager
Ironwood State Prison

Reviewed and Approved:

A.  ALVARADO
Correctional Food Manager

Incarcerated Persons Participation in Passover
Jewish Observance
Page 4

## PASSOVER PARTICIPANT LIST

Diet Type Participants: **Kosher**

|  | CDCR NUMBER | Housing Area | Bed |
|---|---|---|---|
| **Facility A** | | | |
| **LAWSON, SAMUEL | AT9238 | A 001 1 | 113001L |
| **CHAVEZ, GERVIN | AW9373 | A 001 2 | 201001L |
| **CRESPIN, HERMES | AY9877 | A 002 1 | 139001U |
| **CHRISTIE, BLAISE | AZ1627 | A 002 1 | 130001U |
| **CARDENAS-SANCHEZ, JOSE | AC3496 | A 002 1 | 139001L |
| **CARNES, VINCENT | J65342 | A 002 1 | 146001U |
| **VAN DRUTEN, JOHN | BH4597 | A 002 1 | 103001L |
| **AVILA, GEORGE | BC9904 | A 002 2 | 238001L |
| **DINGMAN, LUCAS | BS3596 | A 002 2 | 231001U |
| **MARTINEZ, GERARDO | AH8988 | A 003 1 | 142001U |
| **PENA, FRANCISCO | AG3442 | A 004 1 | 125001U |
| **ACHEKZAI, ALI | AK8835 | A 004 1 | 135001L |

## Facility B

**Kosher Diet Participant**

|  | | | |
|---|---|---|---|
| **JOHNSON, MICHAEL | BB6286 | B 002 1 | 109001U |
| **SANCHEZ, MIGUEL | H40798 | B 002 2 | 201001L |
| **SINGH, PARDEEP | BS1555 | B 002 2 | 215001U |
| **NEVELS, SHANNON | AU5275 | B 003 1 | 137001L |

STATE OF CALIFORNIA
GA-22 (9/92)

# INMATE REQUEST FOR INTERVIEW

DEPARTMENT OF CORRECTIONS

| DATE | TO CLM Geri Ochs | FROM (LAST NAME) Calderon | CDC NUMBER BRS609 |
|---|---|---|---|

| HOUSING B3 | BED NUMBER 232 | WORK ASSIGNMENT I A C Secretary | JOB NUMBER FROM 8:30 TO 3:30 |
|---|---|---|---|

OTHER ASSIGNMENT (SCHOOL, THERAPY, ETC.)

ASSIGNMENT HOURS FROM _____ TO _____

**Clearly state your reason for requesting this interview.**
You will be called in for interview in the near future if the matter cannot be handled by correspondence.

In regards to being placed on the List to partake/Participate in Jewish Passover thats coming up, I understand you make orders in advances for the meals provided Thank you!

Shalom uliachem (peace be with you)

INTERVIEWED BY

Do NOT write below this line. If more space is required, write on back.

DISPOSITION

C. Ochs, CRM

I will add you to the list.

DATE 2/9/24

STATE OF CALIFORNIA

---

STATE OF CALIFORNIA
GA-22 (9/92)

# from INMATE REQUEST FOR INTERVIEW

DEPARTMENT OF CORRECTIONS

| DATE 2/12/2024 | TO (Jewish Chaplain) M. Sosonkin | FROM (LAST NAME) Calderon | CDC NUMBER BRS609 |
|---|---|---|---|

| HOUSING B3 | BED NUMBER 232 | WORK ASSIGNMENT I.A.C. Secretary | JOB NUMBER FROM 8:30 TO 2:30 |
|---|---|---|---|

OTHER ASSIGNMENT (SCHOOL, THERAPY, ETC.)

ASSIGNMENT HOURS FROM _____ TO _____

**Clearly state your reason for requesting this interview.**
You will be called in for interview in the near future if the matter cannot be handled by correspondence.

I was told by C. Ochs to talk to a Chaplain to observe the passover (Religious Event) per- title 15 Section 3053(a)(b) because its apart Of my religious faith (Hebrew Israelites). I wanted to be approved for the (Religious Kosher foods) per title 15 Section 3054.5(e) for the Observance of the eight days for passover.

Do NOT write below this line. If more space is required, write on back.

INTERVIEWED BY

Sumayu

DATE 2-21-24

DISPOSITION

All are invited to Participate in Religious Observations for any faith group. However, only those approved for the Kosher Diet by the Religious Review Committee may partake in Kosher Food provided by the State. You are welcome to apply for Kosher Diet.
Thank you

State of California                    **INMATE REQUEST FOR INTERVIEW**                    Department of Corrections

GA-22 (9/92)

| DATE | TO | FROM (LAST NAME) | CDC NUMBER |
|------|----|------------------|------------|
| 2/21/24 | CRM Ochs | Calderon | BR5609 |

| HOUSING | BED NUMBER | WORK ASSIGNMENT | ASSIGNMENT HOURS |
|---------|-----------|-----------------|------------------|
| B3 | 232 | IAC Secretary | FROM 8:30 TO 3:30 |

Clearly state your reason for requesting this interview
You will be called in for Interview in the near future if the matter cannot be handled by correspondence

Here is a memo of the members/participants of the Hebrew Israelite Faith Group for Passover/Unleavened Bread 2024. I wanted to be informed that the list of names provided have been approved for the kosher meals per title 15 section 3054.5(c), 3053(a)(b) 1,2,3,4. Shalom PS. Can you please sign the attached memo on page #2

Do NOT write below this line. If more space is required write on the back.

INTERVIEWED BY  C. Ochs, CRM                    DATE 2/21/24

DISPOSITION  I added the list of attached participants onto the Passover memo. The memo will be sent to all Captains, Sergeants, & lieutenants; once approved by all.

Cut on this line

---

State of California                    **INMATE REQUEST FOR INTERVIEW**                    Department of Corrections

GA-22 (9/92)

| DATE | TO | FROM (LAST NAME) | CDC NUMBER |
|------|----|------------------|------------|
| 2/21/2024 | Food Manager A. Alvarado | Calderon | BR5609 |

| HOUSING | BED NUMBER | WORK ASSIGNMENT | ASSIGNMENT HOURS |
|---------|-----------|-----------------|------------------|
| B3 | 232 | IAC Secretary | FROM 8:30 TO 3:30 |

Clearly state your reason for requesting this interview.
You will be called in for interview in the near future if the matter cannot be handled by correspondence

Here is a memo of the members/participants of the Hebrew Israelite Faith Group for Passover/Unleavened Bread 2024 I wanted to be informed that the list of names provided have been approved for the kosher meals per title 15 section 3054.5(c), 3053(a)(b) 1,2,3,4. Shalom

Do NOT write below this line. If more space is required write on the back.

INTERVIEWED BY  A. Alvarado, CFM  C. Ochs                    DATE 2/26/24

DISPOSITION  Passover Meals will be provided to those who are on the approved Religious Kosher Diet Program. An official memorandum from the Community Resource Manager is forthcoming



# IRONWOOD STATE PRISON

## Men's Advisory Council Bravo Yard

MEMORANDUM

Date    : 2-8-2024
To      : All Staff Ironwood State Prison
Subject : Annual Passover / Unleavened Bread Observance
Page 1 of 3

The Hebrew Israelite inmate population of Ironwood State Prison participates in an annual ritual of observing Passover / Unleavened Bread. During the year of 2024, Passover / Unleavened Bread is scheduled to begin on the evening of April 21st, 2024 and concludes April 29th, 2024 at evening. Please note: Passover / Unleavened Bread consist of a seder ( set- order) that requires specific ceremonial foods / items. Such as a seder plate of two bitter herbs (maror) a roasted egg (beitzah), a sweet apple mixture (charoset), parsley (karpas), a shank bone (zeroah), Unleavened bread (matzah), and grape juice. All of which are used in telling the Passover story. Passover / Unleavened Bread is an observance that requires all participants to not consume any leaven for the duration of the festive days and consume Unleavened bread (matzah) each day of the Passover / Unleavened Bread. The California Code of REgulations Title 15, section 3050 (a) regular meals, states, variations may be allowed to the two hot meals per day requirement in order to accomodate religious observances.

The Israelite Community shall provide a complete list of all inmates that will be participating in Passover / Unleavened Bread, to the food manager, the CRM, and Chaplain Burton as well as the facility Captains. The Israelite community spiritual leader inmate Johnson CDCR# BB6286 shall update the list when necessary, to reflect inmates movement, transfer, and/or arrival or removal of participants Updated copies of the master list will be routed to the Food manager, CRM, facility Captains, Associate Wardens, etc. The list shall be limited to meet the capacity of each chapel room/facility.

After the commencement of the Passover observance (first day of feast) no inmate shall be added to the initial list unless he has transferred to Ironwood State Prison, or from a different facility, or has been released from Ad-Seg.

During the course of the Passover observance, custody shall provide supervision of the participants in chapel and dinning room areas. The education Officer shall provide supervision of primary prayer services during their normal working hours of 0800-1600, during the time that a service is conducted, the program sergent shall assign a staff memeber to provide supervision in the chapel and dinning room areas.



# IRONWOOD STATE PRISON

## Men's Advisory Council Bravo Yard

MeEMORANDUM

Date    : 2-8-2024
To      : All Staff Ironwood State Prison
Subject: Annual Passover / Unleavened Bread Observance
Page 2 or 3


Passover / Unleavened Bread packages are to be purchased through
the authorized vendors and delivered to the individual inmates. They
shall be thoroughly inspected in accordance with established procedures.

 During the Passover Obervance participants shall have access to
the main chapel and class/library room, wash room and education
restroom. Additionally, they shall have access to the chapel's
tv/dvd unit and radio/C.D. Player.

 Both the first day of Unleavened Bread (sunset April 22nd, 2024
through sunset April 23rd, 2024) and the last day of Unleavened Bread
(sunset April 28th, 2024 through sunset April 29th, 2024) are held
as annual shabbats (sabbaths) which requires all who observe
Passover/Unleavened Bread to refrain from work on those days. Giving
Passover/Unleavened Bread participants  excused absences on these
days.


CRM, C. Ochs                                    Chaplain Burton



# IRONWOOD STATE PRISON

## Men's Advisory Council Bravo Yard

```
MEMORANDUM

Date    :  2-8-2024
To      :  Food Manager / CRM / Chaplian
Subject:  Passover/Unleavened Bread Observance list 2024
Page 3 of 3


Jimenez Guillermo        BR5905        B2-220
Calderon Joshua          BR5609        B3-232
Sanchez Francisco        BP0005        B2-220
Anderson Angelo          BU5925        B2-106
Mason Anthony            BU0147        B4-112
Fleming Tony             BV4934        B2-136
Hendrix Jermaine         AN8923        B2-105
Johnson Michael B.R.     BB6286        B2-109
Pjillip S. Shahid        BW0395        B3-249
```



# IRONWOOD STATE PRISON

## Men's Advisory Council Bravo Yard

MEMORANDUM

Date    :  2-8-2024
TO      :  Food Manager/ CRM/ Chaplin
SUBJECT:  Hebrew Israelite Services   Passover/ Unleavened menu
          & Dining Hall Concerns


 All food portions for Passover / Unleavened Bread participants
shall be seperated from the food issued to the General Population
by the Correctional Supervising Cook. And all food portions shall
be Provided to Passover / Unleavened Bread participants in quantiies
equal to the number of inmates participating in Passover / Unleavened
Bread rehersal and Celebration.

 For all Passover/ Unleavened Bread ½articipants who are not
currently on the religious kosher Diet program, but  are on the
authorized observance list for this years upcoming Passover religous
event. Kosher Passover foods will be provided each day, Per participant
for the eight (8) days of observance. (Title 15 3054.5 (e)).
(3053.(a)(b)(1)(2)(3)(4).

Exodus 12:15-20    Leviticus 23:5-14    Numbers 28:16-25
Deuter 16: 1-8     Luke      22:1-20    Mark    12:12-24
John   13:1-17     1Corinth   5:6-8     Colossi  2:16-17

B FACILITY PARTICIPANT LIST

| | | | |
|---|---|---|---|
| JOHNSON, MICHAEL** | BB6286 | B  002 2 | 226001U |
| SANCHEZ, MIGUEL** | H40798 | B  002 2 | 201001L |
| SANCHEZ, FRANCISCO** | BP0005 | B  002 2 | 220001U |
| NEVELS, SHANNON** | AU5275 | B  003 1 | 137001L |
| CASTRO, EMMANUEL** | BR9666 | B  003 1 | 134001L |
| CURA, FELIX** | AR2558 | B  003 2 | 234001L |
| RIVERA, GLYNDON** | BU0841 | B  003 2 | 216001U |
| TAPLIN, GARRETT** | V35963 | B  004 1 | 143001L |
| BRAUFORD, VINCENT** | AN4969 | B  004 2 | 219001L |
| GUARDIOLA, ADAM** | BH0879 | B  004 2 | 218001U |
| GHONIM, MORRAD** | BC0891 | B  005 1 | 124001L |
| BINNS, KHAALIQ** | G20397 | B  005 2 | 210001L |
| JIMENEZ, GUILLERMO | BR5905 | B  002 2 | 220001L |
| ANDERSON, ANGULO | BV5925 | B  002 1 | 106001U |
| MASON, ANTHONY | BU0147 | B  001 1 | 112001L |
| FLEMING, TONY | BV4934 | B  002 2 | 223001L |
| HENDRIX, JERMAINE | AN8923 | B  002 1 | 105001U |
| SHAHID, PHILLIP | BW0395 | B  003 2 | 249001L |
| VANDERBILT, JOSEPH | BN7137 | B  003 2 | 204001L |
| WILLIAMSON, DANIEL | AK4688 | B  003 2 | 204001L |

Incarcerated Persons Participation in Passover
Jewish Observance
Page 5

**Facility B**
**Kosher Diet Participant

| | | | |
|---|---|---|---|
| **CURA, FELIX | AR2558 | B  003 2 | 234001L |
| **RIVERA, GLYNDON | BU0841 | B  003 2 | 216001U |
| **TAPLIN, GARRETT | V35963 | B  004 1 | 143001L |
| **BRAUFORD, VINCENT | AN4969 | B  004 2 | 219001L |
| **GUARDIOLA, ADAM | BH0879 | B  004 2 | 218001U |
| **GHONIM, MORRAD | BC0891 | B  005 1 | 124001L |
| **BINNS, KHAALIQ | G20397 | B  005 2 | 210001L |
| JIMENEZ, GUILLERMO | BR5905 | B  002 | 220000 |
| CALDERON, JOSHUA | BR5609 | B  003 | 232000 |
| SANCHEZ, FRANCISCO | BP0005 | B  002 | 223000 |
| ANDERSON, ANGELO | BU5925 | B  002 | 106000 |
| MASON, ANTHONY | BU0147 | B  004 | 112000 |
| FLEMING, TONY | BV4934 | B  002 | 136000 |
| HENDRIX, JERMAINE | AN8923 | B  002 | 105000 |
| SHAHID, PHILLIP | BW0395 | B  003 | 249000 |
| HINTON, ERIC | J04000 | B  002 | 106000L |
| RIVERA, NATHAN C. | BF9558 | B  004 | 144001L |

**Facility C**
**Kosher Diet Participants

| | | | |
|---|---|---|---|
| **WILLIAMS, KEITH | P82245 | C  001 2 | 210001L |
| **VINCENT, DONALD | AV2267 | C  004 1 | 108001U |
| **BROWN, RONTARIEO | BL2424 | C  004 1 | 101001L |
| **WILLIAMS, KEITH | P82245 | C  001 2 | 210001L |
| **VINCENT, DONALD | AV2267 | C  004 1 | 108001U |
| **BROWN, RONTARIEO | BL2424 | C  004 1 | 101001L |

Incarcerated Persons Participation in Passover
Jewish Observance
Page 6

## Facility D

**Kosher Diet Participants

| **PORTER, OLI | BA1982 | D  001 2 | 222001L |
|---|---|---|---|
| **THOMAS COLLINS, AZIAH | BN0515 | D  001 2 | 232001L |
| **HOOKER, EZRA | BP0391 | D  003 1 | 115001L |

## Ochs, Carey@CDCR

**Subject:**                  Passover Food Orders with JewishSupply.com

**From:** Richey, Charles@CDCR
**Sent:** Wednesday, December 20, 2023 2:02 PM
**To:** CDCR-Chaplains-ALL; CDCR Community Resource Managers
**Subject:** Passover Food Orders with JewishSupply.com

Good afternoon Chaplains and CRMs,

This email is being sent out as an FYI.
The below email from the Director's office regarding Passover includes a provision that "Passover participants may also purchase a Passover food package from Jewishsupply.com (Aleph Institute) who are an approved religious vendor. The package will count as a religious special purchase." Aleph has been supplying these packages during Passover for a number of years. This provision has been included in this coming year's email memo for statewide clarity. For your information, JewishSupply.com (Aleph) will only accept online orders that are normally placed by family or friends of the incarcerated persons. Therefore, your institution's Trust Accounting will not be needing to process payments on behalf of the incarcerated persons. Incarcerated persons can direct their friends or family to jewishsupply.com.

**Charles Richey**
Community Resources Manager/Chaplain
Religious Programs Oversight Unit

**From:** Snyder, Jolene@CDCR
**Sent:** Wednesday, December 20, 2023 9:25 AM
**To:** CDCR Institutions DAI Associate Directors; CDCR Institutions Wardens; CDCR Community Resource Managers; CDCR DAI Correctional Food Managers; CDCR-Chaplains-ALL
**Cc:** Broomfield, Ronald@CDCR; Lozano, Jared@CDCR; Benavidez, Jennifer@CDCR; Dobie, Willie@CDCR; Tillotson, Mark@CDCR; Richey, Charles@CDCR; Virrey, Martina@CDCR
**Subject:** FW: Incarcerated Persons Participation in Passover

*On behalf of*

RON BROOMFIELD
Director
Division of Adult Institutions

Good Morning

This email is to provide information to staff at all California Department of Corrections and Rehabilitation (CDCR) adult institutions regarding incarcerated persons participation in the Jewish holiday of Pesach (Passover). Passover is a festival period which begins at sunset on Wednesday, April 22, 2024, and ends at nightfall on Thursday, April 30, 2024. Cold food will be served on Saturday April 27, 2024.

1

A communal ceremonial meal called a Passover Seder is generally performed the first and/or second night of the holiday. Observance of the Seder(s) consists of a religious ceremony, which centers on certain ceremonial food items specific to Passover. While the CDCR approves this religious observance, CDCR funding shall not to be used to procure any ceremonial foods. Donated ceremonial food items and other religious materials may be accepted, following all current policies and procedures.
Passover participants may also purchase a Passover food package from Jewishsupply.com (Aleph Institute) who are an approved religious vendor. The package will count as a religious special purchase.

For participants observing the holiday, eating, possessing, or working with any leavened foods (foods containing yeast) is prohibited during the entire eight days of holiday observance, thus, requiring "Kosher for Passover" meals. These special meals must be ordered several months prior to the holiday. Therefore, priority should be given to incarcerated persons who were approved for the Religious Kosher Diet Program (RK) at the time the special meals were ordered. If any extra "Kosher for Passover" meals remain after Passover, they should be served until the stock is depleted.

While every effort should be made to accommodate participants who were approved for the RK after December 31, 2023, it is possible some incarcerated persons may not receive the "Kosher for Passover" food. In the event of a shortage, the customary RK meals that are not "Kosher for Passover" may be served during this eight-day period. If regular RK meals are also prepared, they should be cooked in a separate oven and not mixed with the "Kosher for Passover" meals.

Due to the higher-than-normal volume of unleavened wheat products consumed during this time, incarcerated persons are encouraged to drink plenty of water and seek medical attention should any unintended health issues arise.

Per the Department Operations Manual (DOM), Section 53130.7.1 Use of Excused Time Off (ETO), participating incarcerated persons who request time off shall be allowed to use the necessary number of hours of ETO on the following dates and times:

- At sunset April 22, 2024, through April 24, 2024
- At sunset April 28, 2024, through April 30, 2024

While participants have the religious freedom to participate in the eight-day Passover Ceremony, each Warden or designee shall ensure social distancing and sanitation requirements are met, and participation and/or ceremonies do not affect the safety and
security of the institution. Please ensure a copy of this email is provided to all appropriate staff, including the Chaplains, Community Resources Manager, and Correctional Food Managers.



If you have any questions regarding the above message, please contact the above staff.

*thank you*

*Jolene L. Snyder*
Executive Assistant to

STATE OF CALIFORNIA
**GRIEVANCE**
CDCR 602-1 (Rev. 01/22)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 1 of 2

| STAFF USE ONLY | OGT Log No: S14851 | Date Received: |
|---|---|---|
| 2.0 | Decision Due Date: | FEB 0 2 2024 |
| | Categories: | |

ISP

OFFICE OF GRIEVANCE

Claimant Name: Joshua Calderon

CDCR #: BR5609

Institution/Parole Region: I.S.P

Current Housing/Parole Unit: B3 / 232

**STAFF USE ONLY**

---

_Use this form to file a complaint with the Department._

In order for the Department to understand your complaint, please answer all of the following questions:

- _What is the nature of your complaint?_
- _When and where did the complaint occur?_
- _Who was involved?_
- _Which specific people can support your complaint?_
- _Did you try to informally resolve the complaint?_
- _What rule or policy are you relying on to make your complaint?_
- _What specific action would resolve your complaint?_

_NOTE: Attach documents that help support your complaint (identify the documents if you do not have them)._

I am a Hebrew Israelite messianic and I put in a form 22 to observe the passover (Religious Event) per title 15 Section 3053 (a)(b) over 2 months ago and never received a response I put another 22 form in 2 weeks ago and did not recieve a response from that one either. The religious Event for (passover) is coming up in the begining of April According to the title 15 section 3053 food for Religious Events it says nothing about Kosher diet program per section 3053 (a)(b) being a requirement to be aproved or Sponsored According to Section 3054.2(c) of the Kosher diet program if i observe passover as a Religious event Kosher food is to be provided for those 7 days that I observe it this Religious event is found in the Torah/bible in the book of Exodus 12:14-17. Since I have been at Ironwood State Prison I have witnessed the Faith group like Islam participating in their Religious Event Ramadan being given Halal per Section 3054.3 for those days it is observed and not being required to be on the religious meat Alternate Program (RMA) I would like this issue resolved so that I can Participate in our upcoming Religious Event (passover) since my lawyer explained to me that it is my right to express my religious Freedom.

02.0



CALIFORNIA DEPARTMENT *of*
Corrections and Rehabilitation

# OFFICE OF GRIEVANCES DECISION

**Offender Name:** CALDERON, JOSHUA

**CDC#:** BR5609

**Date:** 03/01/2024

**Current Location:** ISP-Facility B

**Current Area/Bed:** B 003 2 - 232001L

**Log #:** 000000514831

**Claim #: 001**

**Received at Institution/Parole Region:** Ironwood State Prison
**Submitted to Facility/Parole District:** Ironwood State Prison
**Housing Area/Parole Unit:**
**Category:** Offender Activities          **Sub-Category:** Religious Issue

## I. CLAIM

Claimant is requesting Kosher food be provided to him for seven days of Passover.

## II. RULES AND REFERENCES

### A. CONTROLLING AUTHORITY

California Code of Regulations Title 15 Section 3054.6 Participation in a Religious Meat Alternative or Religious Kosher Diet Program

### B. DOCUMENTS CONSIDERED

Passover Food Orders with JewishSupply.com. Email from Charles Richey, Community Resources Manager/Chaplain, Religious Oversight Unit Office of Community Partnerships, dated December 20, 2023, concerning Passover Observance.

## III. REASONING AND DECISION

Claimant is requesting that Kosher food be provided to him for the seven days of Passover.

Passover Observance is scheduled beginning on April 22, 2024, and ends on April 30, 2024. All are invited to participate in the Passover Religious Observance; however, only those approved as a Kosher Diet participant by the Religious Review Committee will receive Kosher food provided by the State. You are not currently an approved as a Kosher Diet Participant; however, you may place a religious property order for Passover food from Jewish Supply (Aleph Institute), an approved religious vendor. This package will count as a religious special purchase.

You have been placed on the participant list for Passover Observance.

Based upon this information the grievance is denied.

## IV. Comments

Grievance is Denied.

**Decision: Denied**

After a thorough review of all the documents and evidence presented to the Office of Grievances, it is the order of the Office of Grievances to DENY this claim.

STATE OF CALIFORNIA
**APPEAL OF GRIEVANCE**
CDCR 602-2 (Rev. 01/22)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 1 of 2

| **STAFF USE ONLY** | OGT Log No: | 000000514831 | Date Received: |
| | Decision Due Date: | | |
| | Categories: | | |

Claimant Name:     CALDERON, JOSHUA     CDCR #:    BR5609

Institution/Parole Region: _I.S.P_    Current Housing/Parole Unit: _B3/232_

**OOA RECEIVED**

**MAR 26 2024**

**STAFF USE ONLY**

OOA Review
~~Comment:~~
OOG Notification: Y~~N~~
Comment:
Initials: ___ Date: 3/3/6

_Use this form to appeal a decision or a remedy by the Office of Grievances._

Do not include new complaints on this form, they must first be filed with the Office of Grievances on a Form 602-1.

OGT Log No:   000000514831      Claim No: _____

Explain the reason for your appeal. Be as specific as you can.

_I am dissatisfied with the response I was given because_   I am being denied my religious Passover meal on bias of title 15 3054.6 I am not asking to be put on the Kosher diet. I am asking for my religious meal. For Food for religious Events according to title 15 3053(a)(b) and that I be provided my religious Passover meals according to title 15 3054.5(e) observance of Passover constitutes a single Religious event Requiring Kosher for Passover Food

> **This form shall be submitted by mail to:**
> Office of Appeals
> Department of Corrections and Rehabilitation
> P.O. Box 942883
> Sacramento, CA 95811

**IMPORTANT:**

The Office of Appeals will consider all of the supporting documentation you previously submitted to the Office of Grievances when reviewing your appeal, but will not consider any new documentation.

Therefore, it is recommended you not attach any documentation to this form.

**Furthermore, any documentation you attach to this form will not be returned to you.**

Claimant Signature: _Josh Calderon_      Date Signed: 03/17/2024

_ADA Accessible_

STATE OF CALIFORNIA
**APPEAL OF GRIEVANCE**
CDCR 602-2 (Rev. 01/22)

**CONTINUATION PAGE**

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 2 of 2

**OGT Log No:**    000000514831    **Claim No:** _____

Explain the reason for your appeal. Be as specific as you can.

*I am dissatisfied with the response I was given because* ___ to be provided during the eight (8) days of observance. Passover is a religious Event according to title 15 3053 (a)(b) and according to P.I.O.M 54080.13 The State shall provide the food "In place of regular meals. I have submitted Seven GA. 22 Inmate request for Interview forms since last year all the way up to recently requesting to be placed on the Kosher for Passover meal and recieved responses from Community Resource Manager (CRM) C. Ochs denying my request for Kosher for Passover meal however : (C. Ochs) position does not give her authority to make such a decision those decisions can only come from a Jewish Rabbi go this is clearly a violation of my 1st Amendment Rights to Freedom of Religion. a violation of Religious Land use and Institutionalized person and discriminating against a Hebrew Esmelite who is not on Kosher meals.

(See) Ben-Kushi V. Emmett 2020 U.S Dist Lexis 228569

*ADA Accessible*

CALIFORNIA DEPARTMENT *of*
**Corrections and Rehabilitation**

# OFFICE OF APPEALS DECISION

**Offender Name:** CALDERON, JOSHUA

**CDC#:** BR5609

**Current Location:** ISP-Facility B

**Date:** 05/26/2024

**Current Area/Bed:** B  003 2 - 232001L

g #:  000000514831

aim #  001

eceived at Institution/Parole Region:   Ironwood State Prison

ıbmitted to Facility/Parole District:   Ironwood State Prison

ousing Area/Parole Unit:

ıtegory:  Offender Activities                          **Sub-Category:** Religious Issue

## . ISSUE ON APPEAL

ppellant alleges being improperly denied their religious Passover meals.

## I. RULES AND REFERENCES

### A. CONTROLLING AUTHORITY

Title 15, sections 3053, 3054.6(a), 3054.5, 3054.6, 3481(a), 3483(g)(1), and 3485(g)(1)(A)

### B. DOCUMENTS CONSIDERED

Grievance and Appeal Log No. 514831

## II. REASONING AND DECISION

ccording to Title 15, section 3054.6(a) Any inmate who claims to require a religious diet consisting of either the Religious Meat Alternate or Religious osher Diet Programs

nall be responsible for completing and signing a CDCR Form 3030-R (04/21), Religious Meat Alternative or Religious Kosher Diet Request, which is ıcorporated by reference, and submitting it to any Chaplain, or a Religious Review Committee designee.  Appellant is not currently authorized to receive a osher Diet Program.  As stated, Passover Observance is scheduled beginning on April 22, 2024, and ends on April 30, 2024. All are invited to participate in ıe Passover Religious Observance; however, only those approved as a Kosher Diet participant by the Religious Review Committee will receive Kosher food rovided by the State.  Appellant was informed that they may purchase Passover food from Jewish Supply (Aleph Institute), which will count as a religious ›ecial purchase.  Based on the evidence available at the time of review, there is insufficient evidence that any applicable policies were not followed, or that ny relevant decisions or actions by the Department were not proper. Therefore, this claim is denied.

## V. REMEDY

our claim has been denied. Therefore, there is no applicable remedy.

## ecision: Denied

fter a thorough review of all documents and evidence available at the time of this written decision, it is the order of the Office of Appeals that this claim is

enied. This decision is based on the information available to the complainant while ...

| Staff Signature | Title | Date/Time |
|---|---|---|
| H. Moseley [MOHO002] | Reviewing Authority | 05/25/2024 |



Candace Bosh
I.S.P B3-232
P.O. Box 2199
Blythe, CA 92226-2199

Legal Mail

AUG 19 2024

Legal Mail

W

. United States District Court
Central District of California
Office of the Clerk
255 East Temple Street, Room 130
Los Angeles, CA 90012